FILED

03/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0603

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0603

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

TRENTON MATTHEW LARSON,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 15, 2022, within which to prepare, serve, and file its response.

**RB**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 8 2022